FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

FEB - 8 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MARK P. AHMADI,<br><br>    Petitioner,<br><br>    v.<br><br>LOUIS MILUSNIC,<br><br>    Respondent. | Case No. 12-10050 RGK (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED THAT the pending Petition is dismissed with prejudice for the reasons set forth in the Court's related Order.

Dated: February 8, 2013

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

FEB - 8 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY