FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

FEB - 8 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MARK P. AHMADI, | Case No. 12-10050 RGK (AN) |
| Petitioner, | JUDGMENT |
| v. | |
| LOUIS MILUSNIC, | |
| Respondent. | |

IT IS HEREBY ADJUDGED THAT the pending Petition is dismissed with prejudice for the reasons set forth in the Court's related Order.

Dated: February 8, 2013

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

FEB - 8 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY